

## *ORDER*

PER CURIAM.

Michael Parrinello, husband, appeals from a judgment of dissolution of the Circuit Court of Lincoln County awarding maintenance, custody of the parties' three minor children, child support, division of marital property and attorney's fees to his wife, Kathy Parrinello.

We have reviewed the record on appeal and the briefs of the parties and find no error of law. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value or jurisprudential value. The judgment is affirmed in accordance with Rule 84.16(b)

## *ORDER*

PER CURIAM.

Movant, Michael Carter, appeals the denial on the merits of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

**Michael CARTER, Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. ED 76531.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 21, 2000.

■

**STATE of Missouri, Respondent,**

v.

**Jermaine DAVIS, Appellant.**

**No. ED 76478.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 21, 2000.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before KATHIANNE KNAUP
CRANE, P.J., ROBERT G. DOWD, Jr., J.
and SHERRI B. SULLIVAN, J.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before RICHARD B. TEITELMAN,
P.J., CLIFFORD H. AHRENS, J., and
LAWRENCE E. MOONEY, J.